# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO POLICY NO. ML144200000673,<br><br>        Plaintiff,<br>v.<br><br>HARAMOS REALTY, LLC, KAPPA, INC., formerly d/b/a OLDE THEATER DINER, and P. DAVID BESTWICK<br><br>        Defendant. | CIVIL ACTION NO. 20-cv-175 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, Certain Underwriters at Lloyds, London, Subscribing to Policy No. ML144200000673 (the "Plaintiff") stipulates that this matter is hereby dismissed with prejudice, before the opposing parties served an answer or motion for summary judgment.

        Respectfully Submitted,

        Certain Underwriters at Lloyds, London,
        Subscribing to Policy No.
        ML144200000673

        By their attorneys,

        /s/ *Anthony S. Aprea*
        David A. Grossbaum, Bar No. 6742
        Anthony S. Aprea, Bar No. 9071
        HINSHAW & CULBERTSON, LLP
        56 Exchange Terrace
        Providence, RI 02903
        Telephone: (401) 751- 0842
        Fax: (401) 751-0072
        dgrossbaum@hinshawlaw.com
        aaprea@hinshawlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of October, 2020, the foregoing Stipulation of Dismissal was electronically filed via CM/ECF and copies of the foregoing of the foregoing documents were served on all counsel of record.

By:  /s/ *Anthony S. Aprea*
Anthony S. Aprea